1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

ALEXANDER ROY SINCLAIR,

CASE NO.  3:22-cv-05223-DGE

12

Petitioner,

v.

ORDER ADOPTING REPORT AND
RECOMMENDATION

13

CLARK COUNTY COURTHOUSE et al.,

14

Respondents.

15

16

17

On April 4, 2022, Petitioner, proceeding pro se, filed a petition for a writ of habeas

18

corpus pursuant to 28 U.S.C. § 2241 alleging that his right to a speedy trial was violated because

19

he has been held without arraignment for almost two years, that he has received ineffective

20

assistance of counsel, and that prosecutors in his case committed perjury.  (Dkt. No. 1.)

21

On April 18, 2022, United States Magistrate Judge Michelle L. Peterson issued an Order

22

to Show Cause, in which she informed Petitioner that because Petitioner is awaiting adjudication

23

of his pending criminal charges in Clark County Superior Court, Petitioner's claims of speedy

24

trial rights violations, violation of his right to counsel, and prosecutorial misconduct would

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  necessarily require this Court to become involved in his ongoing state court criminal

2  proceedings.  (Dkt. No. 4.)  Judge Peterson informed Petitioner that absent extraordinary

3  circumstances where the danger of irreparable harm is both great and immediate, federal courts

4  will not intervene in a pending state court criminal proceeding.  (*Id*.)  Judge Peterson found that

5  Petitioner's pleading did not reveal any extraordinary circumstances that would justify the

6  Court's intervention in his ongoing state court criminal proceeding.  (*Id*.)

7          Judge Peterson further found that Petitioner failed to show that he exhausted state court

8  remedies by presenting federal constitutional or statutory claims to the Washington state trial and

9  appellate courts before he filed his habeas corpus petition in federal court.  (*Id*.)  Judge Peterson

10  directed Petitioner to show cause why this action should not be dismissed in accordance with the

11  abstention doctrine and exhaustion requirement.  (*Id*.)

12          On May 11, 2022, Petitioner responded to Judge Peterson's Order to Show Cause,

13  providing more information concerning his claims, but not addressing the concerns raised by

14  Judge Peterson's order.  (Dkt. No. 7.)

15          On May 27, 2022, Judge Peterson, finding that Petitioner's response to the Order to Show

16  Cause lacked clarity and appeared to re-iterate his claims, issued a Report and Recommendation

17  ("R&R"), recommending that Petitioner's complaint and this action be dismissed for failure to

18  identify any viable claim for federal habeas relief.  (Dkt. No. 8.)

19          Petitioner filed objections to the R&R on June 17, 2022.  (Dkt. No. 9.)  Petitioner also

20  filed a motion for supplies on June 24, 2022, in which he re-states his claims and asks for a

21  pencil and paper so he can produce "neat and legible" documents.  (Dkt. No. 10.)

22          Petitioner's objections to the R&R do not address the abstention and exhaustion concerns

23  raised by Judge Peterson in the R&R or the Order to Show Cause.  The Court is uncertain as to

24

1   why Plaintiff, who has thus far submitted his arguments to the Court utilizing paper and a writing

2   implement, requires the intervention of the Court to obtain additional writing materials.

3          Having reviewed the Report and Recommendation of the Honorable Michelle L.

4   Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining

5   record, the Court finds and ORDERS:

6          (1) The Court ADOPTS the Report and Recommendation (Dkt. No. 8.)

7          (2) Petitioner's petition for writ of habeas corpus (Dkt. No. 6) and this action are

8   DISMISSED without prejudice for failure to identify any viable claim for federal habeas relief.

9          (3) Petitioner's motion for supplies (Dkt. No. 10) is DENIED.

10         The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

11

12         Dated this 12th day of July, 2022.

13

14

15                                        David G. Estudillo
                                          United States District Judge

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND RECOMMENDATION - 3